UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WAYNE ANTHONY CRIBBS, )
)
   Petitioner, )
)
v. ) Case No. CV409-095
)
TERRY DUFFY, *Warden*, and )
THE ATTORNEY GENERAL OF )
THE STATE OF GEORGIA, )
)
   Respondents. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 29th day of July, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA